

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00214-CV

---

EMJ Corporation n/k/a EMJ Construction, LLC
and Western Surety Company, Appellant

v.

EPT Montecillo Town Center Apartments, LLC, Hardy Hole Drilling, LLC,
VEMAC, LLC f/k/a Villegas Engineering Management and Construction, Inc.
and ZTEX Construction, Inc., Appellees

---

On Appeal from the 171st District Court
El Paso County, Texas
Trial Court No. 2022DCV2108

---

## MEMORANDUM OPINION

Before the Court is Appellant, Western Surety Company, and Appellees' amended joint motion to dismiss Western Surety Company from the appeal. The motion, which is signed by the attorneys for Western Surety Company and all Appellees, states that Western Surety Company and

Appellees have settled their dispute and ask that this Court dismiss Western Surety Company from the appeal. *See* Tex. R. App. P. 42.1(a)(2)(A)–(C) (authorizing an appellate court—in accordance with an agreement signed by the parties—to render judgment, set aside a judgment and remand for further proceedings, or abate the appeal to permit proceedings in the trial court).

Appellant EMJ Corporation n/k/a EMJ Construction, LLC's appeal remains. Rule 42.1(a)(2) does not authorize dismissal by agreement. Therefore, we construe the joint motion as a voluntary motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). Tex. R. App. P. 42.1(a)(1) (authorizing dismissal on the motion of an appellant). As construed, the motion is GRANTED. Tex. R. App. P. 42.1(b) (allowing partial disposition that will not prejudice remaining parties). We dismiss Western Surety Company from this appeal. Costs are taxed against the party incurring the same, pursuant to the joint motion. Tex. R. App. P. 42.1(d).

MARIA SALAS MENDOZA, Chief Justice

October 24, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.